TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00147-CV

Fina Oil and Chemical Company; and Fina Pipeline Company, Appellants

v.

Texas Natural Resource Conservation Commission and Jeffrey A. Saitas, Executive
Director of the Texas Natural Resource Conservation Commission, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 99-14858, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING 

PER CURIAM

 Appellants and appellees have a filed a Joint Motion to Dismiss Appeal. We grant
the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).

Before Justices Jones, Yeakel and Patterson

Dismissed on Joint Motion

Filed: May 18, 2000

Do Not Publish